IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hartsfield, Cheryl L | Case Number: 07 B 08283 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/6/07 | Filed: 5/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 16, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,328.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 31.02 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1.77 |
| Other Funds: | | 3,295.21 |
| Totals: | 3,328.00 | 3,328.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 5. | Capital One | Unsecured | 174.39 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 10,515.40 | 0.00 |
| 7. | Village Of Olympia Fields | Unsecured | 280.00 | 0.00 |
| 8. | Taleris Credit Union | Unsecured | 562.90 | 31.02 |
| 9. | Portfolio Recovery Associates | Unsecured | 77.98 | 0.00 |
| 10. | Corporate America Family CU | Unsecured | 210.00 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 14.17 | 0.00 |
| 12. | Taleris Credit Union | Unsecured | 134.06 | 0.00 |
| 13. | Corporate America Family CU | Unsecured | 4.64 | 0.00 |
| 14. | World Financial Network Nat'l | Unsecured | 179.85 | 0.00 |
| 15. | Midland Credit Management | Unsecured | 102.03 | 0.00 |
| 16. | Nicor Gas | Unsecured | 305.27 | 0.00 |
| 17. | World Financial Network Nat'l | Unsecured | 148.89 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 87.85 | 0.00 |
| 19. | AmeriCash Loans, LLC | Unsecured | 368.30 | 0.00 |
| 20. | City Of Chicago Dept Of Revenue | Unsecured | 364.00 | 0.00 |
| 21. | B-Real LLC | Unsecured | 71.13 | 0.00 |
| 22. | Cingular Wireless | Unsecured | | No Claim Filed |
| 23. | Gemini Plumbing Co Inc | Unsecured | | No Claim Filed |
| 24. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 25. | Direct Tv | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Hartsfield, Cheryl L | Case Number: 07 B 08283 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 11/6/07 | Filed: 5/7/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 27. | Municipal Collection Services | Unsecured | | No Claim Filed |
| 28. | Prime Acceptance Corporaton | Unsecured | | No Claim Filed |
| 29. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 30. | Village Of Orland Park | Unsecured | | No Claim Filed |

$ 13,600.86          $ 31.02

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1.77 |

$ 1.77

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*